IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 12-mj-1039 |
| | ) | |
| v. | ) | |
| | ) | Judge Griffin |
| MELISSA FAYE DEMPSEY | ) | |

## UNITED STATES' MOTION TO UNSEAL

The United States of America, by its attorneys Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Brent A. Hannafan, Assistant United States Attorney, requests that this Court unseal the complaint and arrest warrant in this case.

Respectfully submitted,
JERRY E. MARTIN
UNITED STATES ATTORNEY

By: /s/ Brent A. Hannafan
Brent A. Hannafan
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151

GRANTED
[signature]
6-15-12