UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:12-00137 |
| ) | JUDGE SHARP |
| MELISSA FAYE DEMPSEY [3] ) | |
| ) | |

**O R D E R**

Due to a calendar conflict, the sentencing hearing set for July 8, 2013 for the above named defendant is hereby rescheduled for Friday, July 26, 2013 at 2:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE