**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:12-00137** |
| | ) | **JUDGE SHARP** |
| **MELISSA DEMPSEY[3]** | ) | |
| | ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Continue Sentencing Hearing (Docket No. 129) to which the Government does not oppose.

The motion is GRANTED and the sentencing hearing set for August 16, 2103, is hereby rescheduled for Monday, September 30, 2013, at 10:00 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE