UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:12-00137-3 |
| | ) | JUDGE SHARP |
| MELISSA DEMPSEY | ) | |
| | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Continue Sentencing (Docket No. 147).

The motion is GRANTED and the sentencing hearing set for September 30, 2013, is hereby rescheduled for Monday, October 21, 2013, at 10:00 a.m.

It is so ORDERED.

*[signature: Kevin H. Sharp]*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE