IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 3:12-00137 |
| ) | Judge Sharp |
| MELISSA DEMPSEY ) | |

## MOTION TO EXTEND REPORT DATE

Comes now, G. Kerry Haymaker, counsel for Defendant, Melissa Dempsey, and hereby moves this Honorable Court to extend the date to report to the Bureau of Prisons to commence her sentence. The defendant is currently set to report on November 18, 2013. The defendant requests that the new report date be set for some time after November 28, 2013. Counsel has attached an affidavit filed under sea in support of this Motion.

Respectfully submitted,

**HAYMAKER & HEROUX, PC**

_/s G. Kerry Haymaker_
G. Kerry Haymaker, B.P.R. #018695
943 Main Street
Nashville, Tennessee 37206
(615) 250-0050

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been delivered by the Electronic Filing System to BrentHannafan**,** Assistant United States Attorney, 110 Ninth Avenue, South, Suite A961, Nashville, TN 37203-3870 on this the 15th day of November, 2013.

_/s G. Kerry Haymaker_
G. Kerry Haymaker