UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00137-3 |
| | ) | JUDGE SHARP |
| MELISSA DEMPSEY | ) | |
| | ) | |

**O R D E R**

On January 24, 2014, the Court granted a motion to extend report date. The new date in which Defendant is to report is March 3, 2014.

It is so ORDERED.

*Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE