IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | | |
|---|---|---|---|
| | ) | | |
| vs. | ) | Case No. | 3:12-00137 |
| | ) | | Judge Sharp |
| MELISSA DEMPSEY | ) | | |

## MOTION TO EXTEND REPORT DATE

Comes now, G. Kerry Haymaker, counsel for Defendant, Melissa Dempsey, and hereby moves this Honorable Court to extend the date to report to the Bureau of Prisons to commence her sentence. The defendant is currently set to report on March 3, 2014. Counsel has attached an affidavit filed under sea in support of this Motion.

Respectfully submitted,

**HAYMAKER & HEROUX, PC**

   */s G. Kerry Haymaker*
G. Kerry Haymaker, B.P.R. #018695
943 Main Street
Nashville, Tennessee 37206
(615) 250-0050

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been delivered by the Electronic Filing System to BrentHannafan**,** Assistant United States Attorney, 110 Ninth Avenue, South, Suite A961, Nashville, TN 37203-3870 on this the 28th day of February, 2014.

   */s G. Kerry Haymaker*
G. Kerry Haymaker