T UVⓆÞÁÕÜŒⱣVÒÖ

*Kevin H. Sharp*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO.  3:12-00137-3 |
| v. | ) | |
| | ) | Judge Sharp |
| MELISSA FAYE DEMPSEY | ) | |

**MOTION FOR ISSUANCE OF ARREST WARRANT**

The United States, through David Rivera, United States Attorney for the Middle District of Tennessee, and Assistant United States Attorney Brent A. Hannafan, hereby moves for this Court to issue a warrant for the arrest of the defendant.

The defendant was ordered to report to the Bureau of Prisons on March 3, 2014.  (Docket No. 236).  The undersigned has been advised by the United States Marshals Service that the defendant has not reported to the BOP facility to which she was to report – the Federal Correctional Institute in Tallahassee, Florida.  Therefore, the United States respectfully requests this Court issue a warrant for her arrest.

        Respectfully submitted,

        DAVID RIVERA
        United States Attorney for the
        Middle District of Tennessee

        By:   **s/ Brent A. Hannafan**
        Brent A. Hannafan
        Assistant United States Attorney
        A-961 U.S. Courthouse
        ll0 Ninth Avenue South
        Nashville, Tennessee 37203
        Telephone:   615-736-5151