IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| vs. | ) | Case No. | 3:12-00137 |
| | ) | | Judge Sharp |
| MELISSA DEMPSEY | ) | | |

**MOTION TO CONTINUE HEARING ON SUPERVISED RELEASE REVOCATION**

Comes now, G. Kerry Haymaker, counsel for Defendant, Melissa Dempsey, and hereby moves this Honorable Court to continue the above referenced hearing currently set for Monday, June 15, 2015 at 10:30 a.m. Counsel has attached an affidavit under seal in support of this Motion.

Respectfully submitted,

**HAYMAKER & HEROUX, PC**

    /s G. Kerry Haymaker
G. Kerry Haymaker, B.P.R. #018695
943 Main Street
Nashville, Tennessee 37206
(615) 250-0050

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing Motion has been delivered by the Electronic Filing System to Brent Hannafan**,** Assistant United States Attorney, 110 Ninth Avenue, South, Suite A961, Nashville, TN 37203-3870 on this the 14th day of June, 2015.

    /s G. Kerry Haymaker
G. Kerry Haymaker